```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 08624
   PATRICIA M ROSS
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-8916


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 04/09/08 .

     2.  The case was dismissed without confirmation, 05/02/2008.

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------

        Summary of disbursements:
-------------------------------------------------------------------------------
                   SECURED     PRIORITY   UNSECURED        OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00         .00           .00           .00
PRINCIPAL PAID         .00         .00         .00           .00           .00
INTEREST PAID          .00         .00         .00           .00           .00
TOTAL PAID             .00         .00         .00           .00           .00
The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $   3500.00
and was paid $   3500.00   direct and $      .00   through the plan.

The Trustee received $        .00 .

Refunds to the Debtor totaled $       .00 .




   Dated: 08/26/08              /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 08 B 08624 PATRICIA M ROSS
```